IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-01079-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**YASENIA DE LUNA**

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of Magistrate Judge Michael J. Watanabe:　　　　　　　　　　Tracey Lee, Deputy Clerk
April 28, 2006

The [9] Unopposed MOTION to Change Surrender Date by Yasenia De Luna, filed by Janine Yunker, is GRANTED. The defendant will appear in the Northern District of California, on May 25, 2006.